**COURTROOM MINUTES:**
The Honorable Nancy K. Johnson Presiding
Deputy Clerk: Shannon Jones
Interpreter Present? ☐ Yes ☑ No   ERO: GUEVARA
USPT/USPO: _____   TIME: 2:13-2:17 & 2:23-2:26 PM
☑ OTHER DISTRICT MINNESOTA ☐ DIVISION   THEIR CASE# 15MJ382

Clerk, U.S. District Court
Southern District of Texas
Filed 05/15/15

Rule 5 Documents

15mj382 JSM

**PROCEEDING HELD:**
☑ Initial Appearance ☐ Counsel Determination Hearing ☐ _____
☐ Bond Hearing ☐ Identity ☐ Hearing Continued on _____
☐ Detention Hearing ☐ Preliminary Hearing ☐ Other

**CASE NUMBER** ☐ CR _____ ☑ MJ H-15MJ648

DEFT: ZACHARY LEE MORGENSTERN

AUSA: MICHAEL CHU
LINDSAY BELLINGER

☑ Date of arrest _____
☑ Rule 5
☑ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☑ Complaint
    Violation of ☐ Supervised Release ☐ Probation
☑ Defendant ☐ Material Witness appeared ☑ with ☐ without counsel
☑ Defendant requests appointed counsel. ☑ Financial Affidavit executed and sworn.
☑ Order appointing Federal Public Defender ☐ Order appointing private counsel to follow.
☑ Order of partial reimbursement to follow. ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel.

☐ Defendant _____ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ _____ Deposit
☐ Defendant _____ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s) _____.
☐ Defendant(s) _____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s)
☐ Order of Detention Pending Trial entered as to Defendant(s)
☐ Bond revoked ☐ Bond reinstated ☐ Bond Continued
☑ Defendant _____ remanded to custody ☐ M/W remanded to custody
☑ Defendant Ordered Removed to Originating District

Defendant ✓ Waiver of ☐ Preliminary ☑ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause ☐ Identity

☐ Defendant(s) _____ is/are scheduled on: _____ at _____ for: _____
    ☐ Arraignment ☐ Counsel Determination Hearing ☐ Identity Hearing cont.
    ☐ Detention Hearing ☐ Preliminary Hearing ☐ Final Revocation Hearing
    ☐ Bond Hearing

DEFT WAIVED IDENTITY HRG IN THIS DISTRICT. ALL OTHER HRGS WILL BE HELD IN OTHER DISTRICT. ORAL MOTION TO UNSEAL IS GRANTED.

SCANNED
MAY 18 2015
U.S. DISTRICT COURT ST. PAUL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § | Criminal No:4:15mj648 |
| ZACHARY LEE MORGENSTERN | § § | |

## ORDER APPOINTING COUNSEL

Because the above named defendant has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender, is hereby appointed to represent this person in the above designated case.

Date: <u>05.15.2015</u>

_____
U.S. MAGISTRATE JUDGE

BY ORDER OF THE COURT

<u>SHANNON JONES</u>
Deputy Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | Crim No. H- 4:15mj648 |
| ZACHARY LEE MORGENSTERN | § § | |

### ORDER FOR PARTIAL REIMBURSEMENT OF COURT APPOINTED COUNSEL

Upon review of Defendant's Financial Affidavit, the Court has determined that the Defendant qualifies for court appointed counsel in accordance with the Criminal Justice Act. At the same time, the Court feels that the Defendant is able to make financial contribution towards his/her legal representation. It is therefore,

ORDERED that Defendant pay $_____ per month, in the form of a money order or cashier's check, made payable to <u>Clerk, U.S. District Court</u>. Such payment shall be mailed to <u>U.S. District Court, Financial Section, P.O. Box 61010, Houston, Texas 77208</u> on or before the 20th day of each month.

Alternatively, Defendant is Ordered to make a one-time payment in the amount of $ 500.00 which shall be forwarded to the above address within 30 days after entry of this Order.

SIGNED on May 15, 2015

_____
Nancy K. Johnson
United States Magistrate Judge

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
MAY 15 2015
David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. H-15-648-M |
| ZACHARY LEE MORGENSTERN | ) | |
| Defendant | ) | Charging District's Case No. 15-MJ-387 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* DISTRICT OF MINNESOTA.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 5/15/15

*Defendant's signature*

*Signature of defendant's attorney*

LINDSAY BELLINGER
*Printed name of defendant's attorney*

Case 4:15-mj-00480 Document 3 Filed in TXSD on 05/18/15 Page 5 of 8
Case 0:15-cr-00173-JNE-JJK Document 5 Filed 05/18/15 Page 5 of 1
AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:15mj648 |
| ZACHARY LEE MORGENSTERN | ) | |
| Defendant | ) | Charging District's Case No. 15mj382 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of MINNESOTA.

The defendant may need an interpreter for this language: _____.

The defendant: ✓ will retain an attorney.
☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 5-15-15

_____
Judge's signature

Nancy K. Johnson
UNITED STATES MAGISTRATE JUDGE

CLOSED

## U.S. District Court
### SOUTHERN DISTRICT OF TEXAS (Houston)
### CRIMINAL DOCKET FOR CASE #: 4:15-mj-00648-1

Case title: USA v. Morgenstern
Other court case number: 15-mj-382 United States District Court, District of Minnesot

Date Filed: 05/15/2015
Date Terminated: 05/18/2015

Assigned to: Magistrate Judge Nancy K. Johnson

### Defendant (1)

**Zachary Lee Morgenstern**
*TERMINATED: 05/18/2015*

represented by **Federal Public Defender - Houston**
440 Louisiana
Ste 310
Houston, TX 77002
713-718-4600
Fax: 713-718-4610
Email: hou_ecf@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:844 Threat to Use Explosives, 18:844 Threat to Use Explosives, 18:875 Making Threating Communications, 18:924 False | |

Information and Hoaxes -- Threats to Use Firearms

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2015 | 1 | Copy of Criminal Complaint as to Zachary Lee Morgenstern, filed.(gkelner, 4) (Entered: 05/15/2015) |
| 05/15/2015 | 2 | Order to Seal Case as to Zachary Lee Morgenstern. ( Signed by Judge Janie S Mayeron) Parties notified. (gkelner, 4) (Entered: 05/15/2015) |
| 05/15/2015 | | Arrest (Rule 40) of Zachary Lee Morgenstern, filed. (gkelner, 4) (Entered: 05/15/2015) |
| 05/15/2015 | | Set/Reset Deadlines/Hearings as to Zachary Lee Morgenstern: Initial Appearance - Rule 40 set for 5/15/2015 at 10:00 AM in Courtroom 700 before Magistrate Judge Nancy K. Johnson (gkelner, 4) (Entered: 05/15/2015) |
| 05/15/2015 | | ***Set/Reset Hearings as to Zachary Lee Morgenstern: Initial Appearance - Rule 40 set for 5/15/2015 at 02:00 PM in Courtroom 700 before Magistrate Judge Nancy K. Johnson TIME CHANGE ONLY (gkelner, 4) (Entered: 05/15/2015) |
| 05/15/2015 | 3 | Minute Entry for proceedings held before Magistrate Judge Nancy K. Johnson: INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS as to Zachary Lee Morgenstern held on 5/15/2015. Defendant requests appointed counsel. Financial Affidavit executed. Order appointing Federal Public Defender. Defendant ordered removed to originating district. Appearance entered by Federal Public Defender - Houston for Zachary Lee Morgenstern on behalf of defendant. Oral Motion to unseal case by Government is GRANTED. Appearances:Michael Chu, AUSA, Lindsay Bellinger, FPD.(ERO:S. Guevara) Deft remanded to custody, filed.(gkelner, 4) (Entered: 05/18/2015) |
| 05/15/2015 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (gkelner, 4) (Entered: 05/18/2015) |
| 05/15/2015 | 5 | ORDER for Partial Reimbursement of Court Appointed Counsel in the amount of $500.00 as to Zachary Lee Morgenstern ( Signed by Magistrate Judge Nancy K. Johnson) Parties notified. (gkelner, 4) (Entered: 05/18/2015) |
| 05/15/2015 | 6 | Sealed Financial Affidavit CJA 23 by Zachary Lee Morgenstern, filed. (Entered: 05/18/2015) |
| 05/15/2015 | 7 | WAIVER of Rule 5 & 5.1 Hearings by Zachary Lee Morgenstern, filed.(gkelner, 4) (Entered: 05/18/2015) |
| 05/15/2015 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Zachary Lee Morgenstern. Defendant committed to District of Minnesota ( Signed by Magistrate Judge |

| | | |
|---|---|---|
| | | Nancy K. Johnson) Parties notified. (gkelner, 4) (Entered: 05/18/2015) |
| 05/18/2015 | | RULE 5 Papers sent to Minneapolis Division as to Zachary Lee Morgenstern, filed.(gkelner, 4) (Entered: 05/18/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/18/2015 16:58:19 | | | |
| PACER Login: | MinnDist:4406639:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:15-mj-00648 |
| Billable Pages: | 2 | Cost: | 0.20 |