UNITED STATES DISTRICT COURT
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA, | INFORMATION CR 15-217 JNE |
| Plaintiff, | 18 U.S.C. § 844(e) |
| v. | |
| ZACHARY LEE MORGENSTERN, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1
(Threats To Use Explosives)

On or about January 6, 2015, in the State and District of Minnesota, the defendant,

**ZACHARY LEE MORGENSTERN,**

through the use of a telephone or other instrument of interstate or foreign commerce did willfully make a threat to kill, by means of an explosive, in and affecting interstate or foreign commerce, in violation of Title 18, United States Code, Section 844(e).

Dated: July 22, 2015

ANDREW M. LUGER
United States Attorney

BY: TIMOTHY C. RANK
Assistant U.S. Attorney

SCANNED
JUL 24 2015
U.S. DISTRICT COURT ST. PAUL